FILED

DYKEMA GOSSETT LLP
ASHLEY R. FICKEL, SBN: 237111
afickel@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:(213) 457-1800
Facsimile: (213) 457-1850

13 JUN 19 AM 11: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

Attorneys for Defendant
ASSET ACCEPTANCE, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALI KAZEMI,

    Plaintiff,

vs.

ASSET ACCEPTANCE, LLC, and Does 1-5 inclusive

    Defendants.

Case No. CV13- 4411 ODW (AGPx)

**DEFENDANT ASSET ACCEPTANCE, LLC'S NOTICE OF REMOVAL**

Defendant Asset Acceptance, LLC ("Asset") hereby gives notice that this action is removed from the Superior Court of the State of California, County of Los Angeles to the United States District Court for the Central District of California, pursuant to 28 U.S.C. §§ 1441 and 1446. In support thereof, and for the purpose of removal only, Asset states as follows:

1. On May 10, 2013, Plaintiff commenced this action against Asset in the Superior Court of the State of California, County of Los Angeles, Limited Civil Division, Case No. 13K06165. Asset was served with the Complaint on May 20, 2013. Copies of all process, pleadings, and orders served upon Asset in the action are contained in Exhibit A filed herewith.

2. Plaintiff alleges Asset violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S. C. §§1692 *et seq.* and the California Civil Code §1788., et seq.

1

NOTICE OF REMOVAL

Both claims arise from a common nucleus of operative facts. Plaintiff claims Asset violated the FDCPA and RFDCPA in connection with Asset's efforts to collect a debt owed by Plaintiff.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331, because Plaintiff alleges Asset violated a federal statute – the FDCPA.

4. Pursuant to 28 U.S.C. §§ 1441, *et seq.*, this cause may be removed from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California.

5. Plaintiff also alleges Asset violated a state statute – California Civil Code § 1788. Because the federal and non-federal claim each derive from a common nucleus of operative facts, this Court has supplemental jurisdiction over the non-federal claim alleged against Asset. 28 U.S.C. § 1367(a).

6. Notice of this removal has been filed with the Superior Court of the State of California, County of Los Angeles, and served upon all parties.

WHEREFORE, Asset Acceptance, LLC removes the subject action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California.

Dated: June 18, 2013

**DYKEMA GOSSETT LLP**

By: _____
Ashley R. Fickel
Attorneys for Defendant
ASSET ACCEPTANCE, LLC

PAS01\701684.1
ID\ARF - 108721\0008

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ASSET ACCEPTANCE, LLC; and DOE 1-5

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ALI KAZEMI

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

5/20/13
3:30

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Los Angeles Superior Court
~~9425 Penfield Ave.~~
~~Chatsworth, CA 91311~~
111 NORTH HILL STREET
LOS ANGELES, CA 90012

CASE NUMBER: *(Número del Caso):* 13 K 0 6 1 6 5

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
ROBERT AMADOR, ESQ. 9452 Telephone Rd. 156 Ventura, CA. 93004 (888)308-1119 ext. 11

| DATE: *(Fecha)* | Clerk, by *(Secretario)* | , Deputy *(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Asset Acceptance, LLC.
   under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 5/20/13

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Exhibit A
Page 3

ROBERT AMADOR, ESQ. (State Bar #269168)
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, California 93004
Telephone: (888) 308-1119 ext. 11
Facsimile: (888) 535-8267

Attorney for Plaintiff
ALI KAZEMI

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

MAY 10 2013

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
Saquanda Lewis

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

ALI KAZEMI,

    Plaintiff,

vs.

ASSET ACCEPTANCE, L.L.C.; and
DOE 1-5, inclusive,

    Defendants.

Case No. 13K06165

(Under $10,000 claim)

LIMITED CIVIL CASE FOR:

1.) ROSENTHAL FAIR DEBT
COLLECTION PRACTICES ACT
VIOLATIONS (Cal. Civ. Code § 1788 et seq.).

2.) FAIR DEBT COLLECTION
PRACTICES ACT (15 U.S.C. 1692 et seq.)

PLAINTIFF, ALI KAZEMI, ALLEGES:

GENERAL ALLEGATIONS APPLICABLE TO ALL CAUSES OF ACTION

1. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOE 1-5, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained. Plaintiff believes and thereon alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that each is responsible to Plaintiff for damages and/or monies owed.

CIVIL COMPLAINT - 1

Exhibit A
Page 4

2. This court has jurisdiction over this action pursuant to California Code of Civil Procedure §410.10.

3. This is the court of proper venue pursuant to California Code of Civil Procedure §395 in that Plaintiff resides and suffered harm within the county.

4. Plaintiff Mr. Kazemi is a resident of California.

5. Defendant, ASSET ACCEPTANCE, L.L.C., (hereinafter "Defendant") is a limited liability company believed to maintain its principle place of business at 28405 Van Dyke Ave. in Warren, Michigan. ASSET ACCEPTANCE, L.L.C. and DOE 1-5 are "debt collectors" as defined by 15 U.S.C. 1692a and Cal. Civ. Code § 1788.1(c). ASSET ACCEPTANCE, L.L.C. and DOE 1-5 shall jointly be referred to herein as "Defendants".

## FACTUAL BACKGROUND

6. On or about September 5, 2012 Defendants began calling Mr. Kazemi in an attempt to collect a consumer debt (hereinafter "DEBT") allegedly owed by Mr. Kazemi.

7. In early September Mr. Kazemi asked Defendants to provide him with documentation of the DEBT. Defendants advised Mr. Kazemi that they had purchased the DEBT from the original creditor but failed to mail Mr. Kazemi any documentation of the DEBT until November 1, 2012.

8. From September 7 to December 7, 2012, Defendants called Mr. Kazemi approximately daily, with up to three calls being placed per day. On most occasions Defendants would call only to ring Mr. Kazemi's phone and then hang up. On other occasions Defendants called with the use of an automated dialer playing a pre-recorded message. Defendants called Mr. Kazemi at least 37-times between September 7 and October 16, 2012.

9. Due to the collection activity alleged herein, particularly the excessive calls and hang-ups, Mr. Kazemi retained counsel.

10. Based on the foregoing, and as a direct result of Defendants' unlawful collection activities, Plaintiff has incurred attorney's fees of $1,755.00 to date.

## FIRST CAUSE OF ACTION

ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (Cal. Civ. Code Code § 1788 et seq.)

BY PLAINTIFF ALI KAZEMI AGAINST DEFENDANTS

ASSET ACCEPTANCE, L.L.C. AND DOE 1-5

11. Plaintiff re-alleges paragraphs 1 through 10, inclusive, and by reference hereto incorporates the same as though fully set forth herein.

12. Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated Cal. Civ. Code § 1788.11(d) and (e) with regards to Plaintiff in that Defendants caused Plaintiff's telephone to ring repeatedly with the intent to annoy him; and Defendants communicated by telephone with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances.

## SECOND CAUSE OF ACTION

FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. 1692 et seq.)

BY PLAINTIFF ALI KAZEMI AGAINST DEFENDANTS

ASSET ACCEPTANCE, L.L.C. AND DOE 1-5

13. Plaintiff re-alleges paragraphs 1 through 10, inclusive, and by reference hereto incorporates the same as though fully set forth herein.

14. Plaintiff is informed and believes and herein alleges that Defendant violated 15 U.S.C. 1692d by engaging in conduct the natural consequence of which was to harass Plaintiff.

15. Plaintiff is informed and believes and herein alleges that Defendants, and each of them, violated 15 U.S.C. 1692g with regards to Plaintiff by failing to send Plaintiff debt validation information within 5-days of their initial contact with Plaintiff.

Exhibit A
Page 6

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, actual damages being in the alternative, recovery for each cause of action as follows:

<u>ON THE FIRST CAUSE OF ACTION (Cal. Civ. Code § 1788 et seq.):</u>

1.) For statutory damages in the amount of $1,000 pursuant to Cal. Civ. Code § 1788.30(b);

2.) For $1,755.00 in legal costs incurred in responding to unlawful collection activity;

3.) For prejudgment interest in an amount to be proven at time of trial;

4.) For attorney's fees pursuant to Cal. Civ. Code § 1788.30(c);

5.) For the costs of this lawsuit pursuant to Cal. Civ. Code § 1788.30(c); and

6.) For any other and further relief that this Court deems just and proper.

<u>ON THE SECOND CAUSE OF ACTION (15 U.S.C. 1692 et seq.):</u>

1.) For statutory damages in the amount of $1,000 pursuant to 15 U.S.C. 1692(k)(2);

2.) For $1,755.00 in legal costs incurred in responding to unlawful collection activity;

3.) For prejudgment interest in an amount to be proven at time of trial;

4.) For attorney's fees pursuant to 15 U.S.C. 1692(k);

5.) For the costs of this lawsuit; and

6.) For any other and further relief that this Court deems just and proper.

DATED: March 18, 2013

ROBERT AMADOR
Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

13K06165

In re Los Angeles Superior Court Cases General ) Case No.:
Order – Limited Jurisdiction (Non-Collections) )
Cases ) GENERAL ORDER
)
)
)
)

TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY:

Pursuant to the California Code of Civil Procedure, the California Rules of Court, and the Los Angeles County Court Rules, the COURT HEREBY GENERALLY ORDERS AS FOLLOWS IN THIS ACTION:

1. **PLAINTIFF/S IS/ARE ORDERED TO SERVE A COPY OF THIS GENERAL ORDER ON THE DEFENDANT/S WITH COPIES OF THE SUMMONS AND COMPLAINT AND TO FILE PROOF OF SERVICE, AS MANDATED IN THIS ORDER.** (Code Civ. Proc., § 594, subd. (b).)

2. The Court sets the following trial date in this case in Department 77 at the Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, CA 90012:

**TRIAL:**
- Date: 11-13-14    at 8:30 a.m.

SERVICE OF SUMMONS AND COMPLAINT

3. The trial date set forth above is conditioned on the defendant/s being served with the summons and complaint within six (6) months of the filing of the complaint. The

trial date will be continued to a later date if service is not accomplished within six (6) months. The parties may stipulate to keep the original trial date even if service of the summons and complaint is not completed within six (6) months of the filing of the original complaint.

4. The summons and complaint shall be served upon the defendant/s within <u>three (3) years</u> after the complaint is filed in this action. (Code Civ. Proc., § 583.210, subd. (a).) Failure to comply will result in dismissal, without prejudice, of the action, as to all unserved parties who have not been dismissed as of that date. (Code Civ. Proc., § 581, subd. (b)(4).). The dismissal as to the unserved parties, without prejudice, for this case shall be effective on the following date:

**UNSERVED PARTIES DISMISSAL DATE**

5-13-16

5. No Case Management Review (CMR) will be conducted in this case.

## LAW AND MOTION

6. All regularly noticed pre-trial motions will be heard in Department 77 on Mondays, Tuesdays, Wednesdays, and Thursdays at 8:30 a.m. Motions will require parties to reserve a hearing date by calling (213) 974-6247. All motions should be filed in Room 102 of the Stanley Mosk Courthouse.

7. Tentative rulings may be posted on the Court's internet site at http://www.lasuperiorcourt.org/tentativeruling the day prior to the hearing.

## EX PARTE APPLICATIONS

8. Ex parte applications should be noticed for 1:30 p.m. in Department 77. All applications must be filed by 1:00 p.m. in Room 102 of the Stanley Mosk Courthouse.

## JURY FEES

9. The fee shall be due no later than 365 calendar days after the filing of the initial complaint. (Code Civ. Proc., § 631, subds. (b) and (c).)

## STIPULATION TO CONTINUE TRIAL

10. A trial will be postponed if all attorneys of record and/or the parties who have appeared in the action stipulate in writing to a specific continued date. If the Stipulation is filed less than five (5) court days before the scheduled trial date, then a courtesy copy of the stipulation must be filed in Department 77. The stipulation and order should be filed in Room 102 of the Stanley Mosk Courthouse with the required filing fees. (Code Civ. Proc., § 595.2 and Govt. Code § 70617, subd. (c)(2).)

## TRIAL

11. Parties are to appear on the trial date ready to go to trial, and must meet and confer on all pretrial matters at least 20 calendar days before the trial date. On the day of trial the Parties shall bring with them to Department 77 all of the following:

　　i. Joint Statement of the Case;

　　ii. Motions in Limine, which must be served and filed in accordance with the Local Rules of the Los Angeles Superior Court ( LASC), see local rule 3.57;

　　iii. Joint Witness List disclosing the witnesses who will be called what they will testify to, and how long their testimony will take;

　　iv. Joint Exhibits in exhibit books, numbered appropriately, and Exhibit List;

    v.    Joint Proposed Jury Instructions printed out for the court; and

    vi.    Joint Proposed Verdict form(s) printed out for the court.

12.    **FAILURE TO COMPLY WITH ANY REQUIREMENT SET FORTH IN PARAGRAPH 11 ABOVE MAY RESULT IN SANCTIONS OR THE VACATING OF THE TRIAL DATE.** (Los Angeles Superior Court Local Rule 3.37.)

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

DATE: March 13, 2013

_____
Hon. Stephanie Bowick
Judge of the Superior Court

# PROOF OF SERVICE
(Code Civ. Proc. §§ 1013 and 2015.5)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On June 19, 2013, I served the foregoing document described as **DEFENDANT ASSET ACCEPTANCE, LLC'S NOTICE OF REMOVAL** on all interested parties in this action as follows:

> Robert Amador, Esq.
> CENTENNIAL LAW OFFICES
> 9452 Telephone Road, #156
> Ventura, CA 93004
> Tel: (888) 308-1119 ext. 11
> Fax: (888) 535-8267
> Attorneys for Plaintiff
> *Ali Kazemi*

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☐ **(BY PERSONAL SERVICE)** I caused the above entitled document to be hand-delivered to the parties listed above.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 19, 2013, at Los Angeles, California.

*/s/ Lynn Spencer*
LYNN SPENCER

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

```
CV13- 4411 ODW (AGRx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[✓] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
ALI KAZEMI

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
ASSET ACCEPTANCE, LLC

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Robert Amador, Esq. (SBN 269168)
9452 Telephone Road, 156
Ventura, CA 93004
Tel: (888) 308-1119 ext. 11 / Fax: (888) 535-8267

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
DYKEMA GOSSETT LLP    Tel: (213) 457-1800 / Fax: (213) 457-1850
Ashley R. Fickel (SBN 237111)
333 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☐ 1. Original Proceeding
☒ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1692 (Fair Debt Collection Practices Act)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** ☐ 463 Alien Detainee | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 510 Motions to Vacate Sentence | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** ☐ 310 Airplane | **PERSONAL PROPERTY** ☐ 370 Other Fraud | **Other:** ☐ 540 Mandamus/Other | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 863 DIWC/DIWW (405 (g)) |
| ☒ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** ☐ 710 Fair Labor Standards Act | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **CV13- 4411**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  [X] NO   [ ] YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  [X] NO   [ ] YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- [ ] A. Arise from the same or closely related transactions, happenings, or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to Item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to Item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Michigan |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE: June 19, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

## PROOF OF SERVICE
(Code Civ. Proc. §§ 1013 and 2015.5)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On June 19, 2013, I served the foregoing document described as **CIVIL COVER SHEET** on all interested parties in this action as follows:

> Robert Amador, Esq.
> CENTENNIAL LAW OFFICES
> 9452 Telephone Road, #156
> Ventura, CA 93004
> Tel: (888) 308-1119 ext. 11
> Fax: (888) 535-8267
> Attorneys for Plaintiff
> *Ali Kazemi*

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☐ **(BY PERSONAL SERVICE)** I caused the above entitled document to be hand-delivered to the parties listed above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 19, 2013, at Los Angeles, California.

_____
LYNN SPENCER

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071