**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL, SBN: 237111
*afickel@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:(213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
ASSET ACCEPTANCE, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI KAZEMI | Case No. 2:13-cv-04411 ODW (AGRx) |
|     Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| ASSET ACCEPTANCE, LLC, et al. | |
|     Defendants. | |

*DYKEMA GOSSETT LLP*
*333 SOUTH GRAND AVENUE, SUITE 2100*
*LOS ANGELES, CALIFORNIA 90071*

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement.  The parties anticipate that Plaintiff will file a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 45 days.

The parties respectfully request that the Court provide a period of 45 days within which to complete the settlement and file a dismissal of the action.

Dated:  August 16, 2013              **DYKEMA GOSSETT LLP**

By: _/s/Ashley R. Fickel_
    Ashley R. Fickel
    Attorneys for Defendant
    ASSET ACCEPTANCE, LLC

PAS01\713606.1
ID\ARF - 108721\0171

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

2

**PROOF OF SERVICE**

(Code Civ. Proc. §§ 1013 and 2015.5)

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On August 16, 2013, I served the foregoing document described as **NOTICE OF SETTLEMENT** on all interested parties in this action as follows:

Robert Amador, Esq.
CENTENNIAL LAW OFFICES
9452 Telephone Road, #156
Ventura, CA 93004
Tel: (888) 308-1119 ext. 11
Fax: (888) 535-8267
Attorneys for Plaintiff
*Ali Kazemi*

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☐ **(BY PERSONAL SERVICE)** I caused the above entitled document to be hand-delivered to the parties listed above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 16, 2013, at Los Angeles, California.

*Lynn Spencer*
LYNN SPENCER

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071