1
2
3
4
5                                                                JS-6
6
7              **UNITED STATES DISTRICT COURT**
8          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  ALI KAZEMI | Case No. CV13-4411 ODW (AGRx) |
| 11         Plaintiff, | |
| 12     vs. | **ORDER OF DISMISSAL** |
| 13  ASSET ACCEPTANCE, LLC, et al. | |
| 14         Defendants. | |

15   .
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to the stipulation of the parties, the above-captioned matter is hereby dismissed with prejudice, with each party to bear their own costs.

Dated: October 4, 2013

By: _____
Hon. Otis D Wright
United States District Court Judge